

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HAN OK SONG, | § | No. 08-13-00059-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | County Criminal Court No. 5 |
| | § | |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| | § | |
| Appellee. | § | (TC# CR-2011-00259-E) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF FEBRUARY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)